# MAVROUDIS & GUARINO LLC
## ATTORNEYS AT LAW
A Limited Liability Company Composed of Limited Liability Companies

*Members*
John M. Mavroudis (NJ, NY & FL Bar)
Philip L. Guarino (NJ Bar)

*Of Counsel*
Michael D. Camarinos (NJ & NY Bar)
Charles D. Hellman (NJ, NY & CT Bar)

**Main Office**
690 Kinderkamack Road
Oradell, New Jersey 07649
T:  (201) 262-3001
F:  (800) 509-9734
www.esqs.com

**Satellite Office**
630 Fifth Avenue
New York, New York 10111

Michael D. Camarinos, Esq.
Direct:   (201) 564-5291
Fax:      (800) 509-9734
E-mail:   mcamarinos@esqs.com

*Please direct all mail to our New Jersey Office.*

MEMO ENDORSED

GRANTED.
 So ordered.

July 28, 2015

**VIA ECF**
Hon. J. Paul Oetken
United States District Judge
Room 2101
Thurgood Marshall U.S. Courthouse,
40 Foley Square
New York, NY 10007

/s/ J. Paul Oetken
J. PAUL OETKEN
United States District Judge

7/29/15

Re:   *Karoon et. al. v. Credit Suisse Group AG et. al.*
      Civ. Action No. 1:15-CV-04643-JPO

Dear Judge Oetken:

Mavroudis & Guarino, LLC represents plaintiffs in the above-referenced matter. I write to advise the Court that effective immediately, I, Michael D. Camarinos, have resigned from the Firm. Accordingly, I can no longer be involved in the representation of plaintiffs in this action. My appearance in this matter, through the Firm, was solely made in an assisting role to Mr. Guarino; lead and trial counsel in this matter.

For the foregoing reasons, I respectfully request that the Court permit me to withdraw as an attorney for plaintiffs on an expedited basis, that my appearance as counsel for plaintiffs be terminated and I be deleted from the list of attorneys who receive ECF notices in this matter/my ECF account no longer be associated with this case.

I thank Your Honor for his consideration.

Respectfully submitted,

*/s/Michael D. Camarinos*
Michael D. Camarinos

cc:    Philip L. Guarino, Esq. (Via ECF)
       Sullivan & Worcester (Via ECF)