

August 3, 2015

**By ECF**
Hon. J. Paul Oetken
United States District Judge
Room 2101
Thurgood Marshall U.S. Courthouse,
40 Foley Square
New York, NY 10007

      Re: <u>Karoon et al. v. Credit Suisse Group AG et ano, 1:15-cv-04643-JPO</u>

Dear Judge Oetken

      We represent the defendants in the referenced action. We write to request a two week extension of time in which to respond to the complaint, from August 7, 2015 to August 21, 2015.

      Defendants sought (on consent) and the Court granted one previous request.

      Plaintiffs' counsel consents to the instant request.

      Defendants make this request to allow additional time to search for information relating to plaintiffs' claims, which relate to events alleged to have occurred between 1987 and 1989 and involve an entity that no longer exists, Bank Leu. The passage of time, among other factors, has made defendants' ongoing search more difficult than usual.

      Accordingly, we respectfully request that that Court extend the defendants' time to respond to the complaint until and including August 21, 2015.

      Respectfully,

      /s/Michael T. Sullivan

      Michael T. Sullivan

Cc:    Philip L. Guarino
         Mavroudis, Rizzo & Guarino, LLC
         690 Kinderkamack Road
         Oradell, NJ 07649
         Email: pguarino@esqs.com