UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
KAYVAN KAROON and                                           :  Case No. 1:15-cv-04643-JPO
KAMRAN KAROON, individually                                 :
and as Administrators of the Estate                         :
of MAJID KAROON, and                                        :
MAHIN D. KAROON,                                            :
                                                            :
                      Plaintiffs,                           :  **NOTICE OF MOTION**
                                                            :
         - against -                                        :
                                                            :
                                                            :
CREDIT SUISSE GROUP AG and                                  :
CREDIT SUISSE AG,                                           :
                                                            :
                      Defendants.                           :
                                                            :
------------------------------------------------------------X

     PLEASE TAKE NOTICE that, upon the Declarations of Michael T. Sullivan, executed August 20, 2015, Ina Hasdenteufel, executed August 20, 2015, Andrea Meier, executed August 12, 2015, and Gerhard Hōlzhacker, executed August 12, 2015, the exhibits thereto, and the accompanying Memorandum of Law dated August 21, 2015, defendants Credit Suisse Group AG and Credit Suisse AG will move this Court, before the Honorable J. Paul Oetken in Courtroom 706 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, for an order dismissing the complaint pursuant to Fed.R.Civ.P. 8(a), 9(b), 12(b)(2) and 12(b)(6) and for such further relief as the Court may deem just and proper.

Dated: New York, New York
       August 21, 2015

SULLIVAN & WORCESTER LLP

By: /s/ Michael T. Sullivan
     Michael T. Sullivan
1633 Broadway
New York, New York 10019
Telephone: (212) 660-3000
Facsimile: (212) 660-3001

*Attorneys for Defendants*


- 2 -

TO:    Philip L. Guarino
        Michael D. Camarinos
        Mavroudis, Rizzo & Guarino, LLC
        690 Kinderkamack Road
        Oradell, New Jersey 07649
        (201) 262-3001

        *Attorneys for Plaintiffs*