UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAYVAN KAROON and<br>KAMRAN KAROON, individually<br>and as Administrators of the Estate<br>of MAJID KAROON, and<br>MAHIN D. KAROON,<br><br>Plaintiffs,<br><br>v.<br><br>CREDIT SUISSE GROUP<br>AG and CREDIT SUISSE AG,<br><br>Defendants. | Civil Action No. 1:15-cv-04643-JPO |

## SUBSTITUTION OF ATTORNEY

The undersigned hereby consent to the substitution of Guarino & Co. Law Firm, LLC as counsel for plaintiffs.

**Withdrawing Attorneys:**

_/s/ Philip L. Guarino_
Philip L. Guarino, Esq.
Mavroudis & Guarino, LLC
690 Kinderkamack Road
Oradell, NJ 07649

**Superceding Attorneys:**

_/s/ Philip L. Guarino_
Philip L. Guarino, Esq.
Guarino & Co. Law Firm, LLC
26 Park Place, Suite 2057
Montclair, NJ 07042