# GUARINO & CO.
## LAW FIRM, LLC

*Please direct all mail to our Main Office*

**Philip L. Guarino, Esq. (NJ Bar)**
Direct: 973/272-4147
Fax: 973/528-0635
E-mail: guarinolaw@gmail.com

**Main Office**
26 Park Street, Suite 2057
Montclair, NJ 07042
973/509-4628

**Of Counsel:**
**Charles D. Hellman, Esq.**
Direct: 203/722-0297
Fax: 646/417-7220
E-mail: cdh@hellmanlaw.org

**Paramus**
95 N. Route 17
Paramus, NJ 07652

**New York**
630 Fifth Avenue
New York, NY 10011

**France**
105 Ave. Franklin Roosevelt
06110 Le Cannet, France

September 2, 2015

**VIA ECF**
Hon. J. Paul Oetken
U.S. District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2101
New York, NY 10007

Re: *Karoon, et al. v. Credit Suisse Group, A.G.*
Civil Action No. 15-CV-04643-JPO

Dear Judge Oetken:

We represent plaintiffs in the above matter. We write concerning the pending motion to dismiss, to respectfully request a two-week extension of time for us to respond. Counsel for defendants consents to our request.

Additional time is necessary because at the time defendants' motion was filed my firm was in the midst of an unexpected dissolution, and as a result thereof I was preoccupied with forming our new firm (a substitution of attorney has been filed today). I note that we had consented to, and defendants had obtained, two extensions of time for them to file their motion.

If our request is granted, our opposing papers would be due September 18, 2015 instead of September 4, 2015.

We thank Your Honor for considering this request.

Respectfully,

Philip L. Guarino
(admitted *pro hac vice*)

cc: Michael J. Sullivan, Esq. (via e-mail)