# GUARINO & CO.
## LAW FIRM, LLC



*Please direct all mail to our Main Office*

| | | Of Counsel: |
|---|---|---|
| **Philip L. Guarino, Esq. (NJ Bar)** | **Main Office** | **Charles D. Hellman, Esq.** |
| Direct:   973/272-4147 | 26 Park Street, Suite 2057 | Direct:   203/722-0297 |
| Fax:      973/528-0635 | Montclair, NJ 07042 | Fax:      646/417-7220 |
| E-mail:   guarinolaw@gmail.com | 973/509-4628 | E-mail:   cdh@hellmanlaw.org |
| **Paramus** | **New York** | **France** |
| 95 N. Route 17 | 630 Fifth Avenue | 105 Ave. Franklin Roosevelt |
| Paramus, NJ 07652 | New York, NY 10011 | 06110 Le Cannet, France |

___

September 17, 2015

**VIA ECF**
Hon. J. Paul Oetken
U.S. District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2101
New York, NY 10007

Re:  ***Karoon, et al. v. Credit Suisse Group, A.G.***
     **Civil Action No. 15-CV-04643-JPO**

Dear Judge Oetken:

We represent plaintiffs in the above matter.  We write concerning the pending motion to dismiss, to respectfully request a final, 3-day extension of time for us to respond until Monday, September 21, 2015 (our papers presently are due Friday, September 18, 2015).  Counsel for defendants consents to our request.

Additional time is necessary because I unexpectedly was called away this week on a personal matter (illness in the family).  I note that we had consented to, and defendants had obtained, two extensions of time for them to file their motion.

If our request is granted, our opposing papers would be due September 21, 2015 instead of September 18, 2015.

We thank Your Honor for considering this request.

Respectfully,

S/Philip L. Guarino
(admitted *pro hac vice*)

cc:  Michael J. Sullivan, Esq. (via e-mail)