

September 28, 2015

**By ECF**
Hon. J. Paul Oetken
United States District Judge
Room 2101
Thurgood Marshall United States Court House
40 Foley Square
New York, NY 10007

Re: <u>Karoon v. Credit Suisse Group AG, 1:15-cv-04643-JPO</u>

Dear Judge Oetken:

    We represent the defendants in the referenced action.  We write to request a one week extension of time, from October 1, 2015 to October 8, 2015, in which to submit a reply in further support of defendants' motion to dismiss.

    Defendants have not previously sought an extension of time for this obligation (although the parties have each sought and the Court has granted extensions of other briefing deadlines for this motion).

    Plaintiffs consent to this request.

    Defendants request the extension to accommodate scheduling conflicts and to allow additional time to gather information concerning issues raised in plaintiffs' opposition.

    Accordingly, we respectfully request that the Court grant the requested extension.

        Respectfully,

        /s/Michael T. Sullivan

        Michael T. Sullivan

cc:    Philip L. Guarino
       Guarino & Co. Law Firm, LLC
       26 Park Place, Suite 2057
       Montclair, NJ  07047
       Email:  guarinolaw@gmail.com