

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

October 6, 2015

**By ECF**
Hon. J. Paul Oetken
United States District Judge
Room 2101
Thurgood Marshall United States Court House
40 Foley Square
New York, NY 10007

                Re:  <u>Karoon v. Credit Suisse Group AG, 1:15-cv-04643-JPO</u>

Dear Judge Oetken:

      We represent the defendants in the referenced action.  We write to request permission to file a 30 page reply memorandum in support of defendants' motion to dismiss.  That reply is due on October 8, 2015.

      In this action plaintiffs seek unspecified damages but allude to amounts between $70 million and $100 million.

      Defendants' motion is comprehensive, seeking dismissal based on Fed.R.Civ.P. 8, 9(b), 12(b)(2) and (6) as well as the doctrine of forum non conveniens.  In addition, the motion raises issues concerning the laws of Liechtenstein and Switzerland.  Further, plaintiffs' 36 page opposition brief asserts a number of arguments not self evident from their complaint.

      Accordingly, we respectfully request permission to file a reply memorandum not in excess of 30 pages.

                                                      Respectfully,

                                                      /s/Michael T. Sullivan

                                                      Michael T. Sullivan

cc:     Philip L. Guarino
          Guarino & Co. Law Firm, LLC
          26 Park Place, Suite 2057
          Montclair, NJ  07047
          Email:  guarinolaw@gmail.com