UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAYVAN KAROON and
KAMRAN KAROON, individually
and as Administrators of the Estate
of MAJID KAROON, and
MAHIN D. KAROON,

    Plaintiffs,

v.

CREDIT SUISSE GROUP
AG and CREDIT SUISSE AG,

    Defendants.

Civil Action No. 15-CV-04643-JPO

**AFFIDAVIT OF KAMRAN KAROON
IN OPPOSITION TO MOTION TO DISMISS**

STATE OF NEW JERSEY:
                SS
COUNTY OF HUDSON:

    KAMRAN KAROON, of full age, upon his oath deposes and says:

    1. I am one of the plaintiffs in this matter. I make this affidavit upon personal knowledge in further opposition to the motion to dismiss of Credit Suisse Group AG and Credit Suisse AG ("Credit Suisse").

    2. In its reply in further support of its motion to dismiss, Credit Suisse asserts that at the time it created a trust for my father, Majid Karoon, Mr. Karoon did not reside in New York or even in the United States. As will be seen *infra*, Credit Suisse is wrong.

    3. As support for the notion that Majid Karoon was not a New York resident, Credit Suisse attaches papers concerning a lawsuit that Majid Karoon commenced in 1983, in which he was alleged to reside in Paris, France. Majid Karoon did reside overseas in 1983, but he later moved to New York.

1

4. As pointed out in the Affidavit of Kayvan Karoon at paragraph 21, the Bank Leu legal department advised Majid Karoon concerning the formation of a trust in **1989**. Hence, where Majid Karoon resided in **1983** is irrelevant and has no bearing on this matter.

5. Although Majid Karoon was living overseas in 1983, later in 1983 he permanently moved to New York. He eventually obtained a Green Card (Registration No. A27508317) entitling him to reside in the United States. In 1989 Majid Karoon was a permanent resident of New York and he had been for several years.

6. At the time the trust was created in 1989, Majid Karoon resided in New York as did I, my brother and my mother. Although we continued to maintain vacation homes in France and London, we had left France permanently and taken up permanent residency in New York many years prior to 1989.

Sworn and subscribed to before me
this 2nd day of November, 2015.

_____
A Notary Public of the
State of New Jersey
MILAGROS DIAZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 6/28/2020
ID2161202

_____
Kamran Karoon